People of the State of Illinois, Plaintiff-Appellee, v. John Elton Jackson, Defendant-Appellant.

Gen. No. 49,792.

First District, Second Division.
October 27, 1964.

Burton H. Palmer, of Chicago, for appellant; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach, Assistant Attorney General, Elmer C. Kissane and Lester A. Bonaguro, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.

Oma Frazer, Plaintiff-Appellee, v. Thomas A. Frazer, Sr., Defendant-Appellant.

Gen. No. 64–51.

Fifth District.
October 22, 1964.

Richard E. White, of Murphysboro, for appellant; Nehrt and Clotfelter, of Chester, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be pubished in full.